# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Plaintiff,

V.                              M.B.D. NO. 2005-10054-PBS

JOSEPH WHYTE,
    Defendant.

## ORDER TO SHOW CAUSE

COLLINGS, U.S.M.J.

JOSEPH WHYTE is ORDERED to appear IN PERSON before the undersigned United States Magistrate Judge on **THURSDAY, MARCH 24, 2005 AT 2:45 P.M. at Courtroom #14, (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts** then and there to show cause, if any there be, why he should not be compelled to obey the Internal Revenue Service Summons served upon him on June 10, 2004.

It is FURTHER ORDERED that the United States Marshal or one of his deputies personally serve a copy of this Order, together with the Petition and Exhibit(s) thereto upon JOSEPH WHYTE *on or before the close of business on*

*March 10, 2005.*

It is FURTHER ORDERED that within five (5) of service of a copy of this Order, the Petition and Exhibit(s), JOSEPH WHYTE shall file and serve a written response to the within Order.


/s/ Robert B. Collings
ROBERT B. COLLINGS
United States Magistrate Judg

Date: February 10, 2005.