U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| | |
|---|---|
| PLAINTIFF<br>United States Of America | COURT CASE NUMBER |
| DEFENDANT<br>Joseph Whyte | TYPE OF PROCESS<br>Order To Show Cause |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Joseph Whyte — DISTRICT OF MASS.

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
135 Central Street, Somerville, MA 02145  Apt #1

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Barbara Healy Smith, AUSA
U.S. Attorney's Office
1 Courthouse Way – Suite 9200
Boston, MA 02210

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please serve on or before  3/10 , 2005

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>617-748-3282 | DATE<br>1/31/05 |
|---|---|---|---|
| Barbara H. Smith | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 38 | District to Serve<br>No. 38 | Signature of Authorized USMS Deputy or Clerk<br>Nancy Iolanna | Date<br>2/14/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

| Date of Service | Time | am/pm |
|---|---|---|
| 2-23-2005 | 9:45 | pm |

Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges<br>(including endeavors)<br>2.19 | Forwarding Fee | Total Charges<br>47.19 | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS
MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA,
    Plaintiff,

V.                                M.B.D. NO. 2005-10054-PBS

JOSEPH WHYTE,
    Defendant.

## ORDER TO SHOW CAUSE

COLLINGS, U.S.M.J.

JOSEPH WHYTE is ORDERED to appear IN PERSON before the undersigned United States Magistrate Judge on *THURSDAY, MARCH 24, 2005 AT 2:45 P.M. at Courtroom #14, (5th floor), John Joseph Moakley United States Courthouse, Boston, Massachusetts* then and there to show cause, if any there be, why he should not be compelled to obey the Internal Revenue Service Summons served upon him on June 10, 2004.

It is FURTHER ORDERED that the United States Marshal or one of his deputies personally serve a copy of this Order, together with the Petition and