UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Petitioner,<br><br>v.<br><br>JOSEPH WHYTE,<br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | M.B.D. No. 05-10054-PBS (RBC) |

**STATUS REPORT**

The petitioner, United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby files this Status Report as instructed by the Court on March 24, 2005 as to the status of this case.

This office has been informed by the Internal Revenue Service that Revenue Officer Mary Anne Coburn has contacted the respondent, Joseph Whyte, and is presently scheduled to examine the records and take Joseph Whyte's testimony at his residence sometime next week.

This office also been advised by the Internal Revenue Service that they do not wish to withdraw their Petition to Enforce the Internal Revenue Service Summons until the respondent, Joseph Whyte, has fully complied with the Summons issued to him on June 10, 2004, and request that this Court grant the petitioner 30 days to file a status report or request of the issuance of a new order or dismissal.

Therefore, the defendant respectfully requests that this Status Report be accepted by the Court and that it be allowed to file a further Status Report by May 6, 2005.

>Respectfully submitted,
>
>MICHAEL J. SULLIVAN
>United States Attorney
>
>By: /s/ Barbara Healy Smith
>Barbara Healy Smith
>Assistant U.S. Attorney
>John J. Moakley U.S. Courthouse
>1 Courthouse Way, Suite 9200
>Boston, MA 02110
>(617) 748-3282

CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served upon the respondent, Joseph Whyte, 135 Central Street, Apt. #1, Somerville, MA 02145, by first class, postage prepaid mail on this date.

>/s/Barbara Healy Smith
>Barbara Healy Smith
>Assistant U.S. Attorney

Dated: April 7, 2005