UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Petitioner,　　　　　) <br> ) <br>v.　　　　　　　　　　　　　　) <br> ) <br>JOSEPH WHYTE,　　　　　　　) <br>　　　　Respondent.　　　　　) | M.B.D. No. 05-10054-PBS (RBC) |

**MOTION TO WITHDRAW PETITION
TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**

The United States of America, on behalf of its agency, the Internal Revenue Service, and by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves this Court to withdraw its Petition to Enforce Internal Revenue Summons which was filed with this Court on January 31, 2005. No Order Enforcing Internal Revenue Service Summons has been issued.

The Revenue Officer has met with Mr. Whyte and obtained information sought by the Internal Revenue Service Summons, and so no further action by the Court is necessary.

　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　MICHAEL J. SULLIVAN,
　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　By:　/s/ Barbara Healy Smith
　　　　　　　　　　　　　　　　　BARBARA HEALY SMITH
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　John Joseph Moakley U.S. Courthouse
　　　　　　　　　　　　　　　　　1 Courthouse Way - Suite 9200
　　　　　　　　　　　　　　　　　Boston, MA  02210
Dated: 5/5/05　　　　　　　　　　(617) 748-3282

　　　　　　　　　　　　　　Certificate of Service
I hereby certify that on May 5, 2005, I gave notice of the filing of the foregoing by mailing a copy of same, postage prepaid, first class mail to the respondent, Joseph Whyte at 135 Central Street, Somerville, MA 02145.

　　　　　　　　　　　　　　　/s/Barbara Healy Smith